IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 1:08-cv-00079-MP-AK

1999 FORD F350 4X4 CREW CAB TRUCK,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Motion to Dismiss by United States of America. Attempts to locate the defendant vehicle have proven unsuccessful. Furthermore, if the defendant vehicle is located, its forfeiture will be pursued in the criminal case 1:08cr10-SPM/AK. Accordingly, this motion is GRANTED. This case is dismissed without prejudice. Each party will bear its own costs and fees.

    **DONE AND ORDERED** this  *16th*  day of November, 2009

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge